FILED

09/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0231

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0231

_____

CARYN MISKE,

     Plaintiff and Appellant,

v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION,

     Defendant and Appellee.

_____

     O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2023